AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 29, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| LILUYUE XU | ) Case No. **4:25-mj-0252** |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 16, 2025__ in the county of __Brazos__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(5)(B) | Possession of a firearm by a prohibited person |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Zachary Smith
*Printed name and title*

Sworn to and signed to by telephone.

Date: __04/29/2025__

*Judge's signature*

U.S. Magistrate Judge Dena Hanovice Palermo
*Printed name and title*

City and state: __Houston, Texas__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. **4:25-mj-0252** |
| V. | |
| LILUYUE XU | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Zachary Smith, being duly sworn, do hereby depose and state:

1. Your affiant is currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been employed since July 2020. Since July 2020, your affiant has participated in several investigations concerning violations of Title 18, including firearms offenses.

2. In February 2025, your affiant was made aware by Texas Department of Public Safety (TXDPS) Criminal Investigations Division (CID) Special Agent (SA) John Hutzler of an individual named Liluyue XU (the Subject) who is a Chinese National currently in the United States on an F1 student visa that had social media postings with firearms. SA Hutzler also noted that he also believed that XU was selling steroids as well.



3.      On April 16, 2025, College Station Police Department (CSPD) K9 Officer Tindel conducted a traffic stop on XU for expired registration. Officer Tindel made contact with the occupants of the vehicle and identified the driver as the Subject, Liluyue XU, along with two other passengers. During the traffic stop, Officer Tindel spoke with XU about the reason for the stop and asked XU where he was staying at. XU informed Officer Tindel that he was staying at 208 Fraternity Row, College Station, TX 77845.

4.      During the conversation with XU, Officer Tindel began to suspect that there were controlled substances in the vehicle, so he deployed his K9 for a free-air sniff around the vehicle. During the free-air sniff, the dog alerted to the presence of a narcotic odor emitting from inside the vehicle.

5.      Following the K9's indication, Officer Tindel conducted a probable cause search of the vehicle. During this search, Officer Tindel discovered a gym bag on the back seat, directly behind the driver's seat. Inside the bag was Tadalafil, a prescription-only medication. As the investigation continued, XU admitted to Officer Tindel the Tadalafil was his. Since the drug was

found in a bag that XU claimed ownership of, and because XU could not provide any proof of any legitimate research or a valid prescription for the Tadalafil, XU was arrested for possession of dangerous drugs and subsequently booked into the Brazos County Jail.

6. Immediately after, a State Search Warrant was written, signed by a district judge, and executed by TXDPS CID at XU's residence located at 208 Fraternity Row College Station, TX 77845. According to Brazos County records, the owners of 208 Fraternity Row are Liluyue XU (the subject) and Li Yujie (believed to be XU's mother).

7. The search warrant execution resulted in the seizure of approx. eighty (80) evidentiary items to include the below identified firearms and ammunition:

    a. Arsenal, SLR 107FR, 7.62x39, rifle, SN: XM550151

    b. Smith & Wesson, M&P 9 Shield Plus, 9mm, pistol, SN: JRN2476

    c. One-hundred and twenty (120) rounds of 9mm ammo

8. The firearms were located in the back master bedroom on the nightstand beside the bed, in plain view.



3

9. The master bedroom, where the firearms were located, appeared to be XU's room because, on the wall next to the nightstand, there was a board with a photo of XU holding a pistol. Also, the clothing inside the master bedroom and closet was primarily men's clothing. The only female clothing in the room was a pair of women's underwear hanging from the lampshade by the bed. In addition, above the bed, there was a flag with the word "Trenpire" on it, and XU was wearing a necklace that said "Trenpire" at the time of his arrest. "Trenpire" is a company owned by XU that has been filed as an LLC by XU. Additionally, there were several prescription pill bottles in the master bedroom and bathroom bearing XU's name.




10. On April 18, 2025, your Affiant contacted Texas Game Warden Rennspies requesting a query of Texas Parks and Wildlife records to check and see if XU had a hunting license, which would be required for him to possess firearms on an F1 visa. Warden Rennspies indicated that no record was found, meaning XU does not have a hunting license.

11. On April 21, 2025, your Affiant traveled to the TXDPS CID office in College Station, TX, and took custody of the two firearms mentioned above.

12. That same day, your Affiant conducted a test fire of both firearms, and both firearms successfully expelled a projectile by the action of the explosion.

13. Your Affiant also contacted Homeland Security Investigations (HSI) SA Sturdevant who confirmed that XU last entered the United States on December 31, 2019 at DFW International Airport. XU was admitted as an F1 student and has no outstanding petitions to change status.

14. On April 22, 2025, ATF interstate nexus expert John Lora also visually inspected the firearm and stated that if the Arsenal, SLR 107FR, and the Smith & Wesson, M&P 9 Shield Plus were received and/or possessed in the state of Texas, they traveled in and/or affected interstate and/or foreign commerce.

15. Based on the foregoing, I submit that there is probable cause to believe XU knowingly possessed firearms in violation of 18 U.S.C. § 922(g)(5)(B).

Respectfully submitted,

*[signature]*

Special Agent Zachary Smith
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Subscribed and sworn to by telephone on April 29, 2025, and I find probable cause has been established.

*Dena Palermo*

The Honorable Dena Hanovice Palermo
United States Magistrate Judge