United States Courts
Southern District of Texas
FILED

*May 21, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 4:25-cr-00266** |
| **LILUYUE XU** | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of firearm by a prohibited person, 18 U.S.C. § 922(g)(5)(B))**

1.  On or about April 16, 2025, in the Southern District of Texas, the defendant,

**LILUYUE XU**

knowing that he was an alien admitted to the United States under a nonimmigrant visa, did knowingly possess a firearm, that is, (a) one Arsenal SLR 107FR 7.62x39 rifle, and (b) one Smith & Wesson M&P 9 Shield Plus 9mm pistol, each of which had been shipped and transported in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(5)(B) and 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE

2.  Pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the United States of America hereby gives notice that the firearm(s) involved in any knowing

violation of 18 U.S.C. § 922(g)(5)(B) as charged in Count One, are subject to forfeiture, including, but not limited to, the following: (a) one Arsenal SLR 107FR 7.62x39 rifle with serial number XM550151, and (b) one Smith & Wesson M&P 9 Shield Plus 9mm pistol with serial number JRN2476, and all attendant magazines, clips and ammunition.

        A TRUE BILL:

        *Original Signature on File*
        Grand Jury Foreperson

Nicholas J. Ganjei
United States Attorney

_____
Justin R. Martin
Assistant United States Attorney